**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7770**

DAVID LEE SMITH,

                              Plaintiff - Appellant,

          versus

STATE OF NORTH CAROLINA,

                              Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.   Frank W. Bullock, Jr., District Judge. (CA-02-761-1)

Submitted:  January 16, 2003          Decided:  January 27, 2003

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Lee Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Lee Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. North Carolina, No. CA-02-761-1 (M.D.N.C. filed Nov. 6, 2002; entered Nov. 7, 2002). We deny Smith's motion to relieve the state court judge from his judicial obligations. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED